IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cade, Kimberly C

Printed: 10/22/08

Case Number: 06 B 04225
Judge: Hollis, Pamela S
Filed: 4/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 16, 2008
Confirmed: July 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 25,792.07 |  |
| Secured: |  | 19,625.64 |
| Unsecured: |  | 2,468.01 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,324.00 |
| Trustee Fee: |  | 1,374.42 |
| Other Funds: |  | 0.00 |
| Totals: | 25,792.07 | 25,792.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 550.00 | 550.00 |
| 2. | Neal Feld | Administrative | 400.00 | 400.00 |
| 3. | Neal Feld | Administrative | 1,374.00 | 1,374.00 |
| 4. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 0.00 | 0.00 |
| 7. | City Of Chicago | Secured | 0.00 | 0.00 |
| 8. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 9. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 10. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 11. | Corporate America Family CU | Secured | 0.00 | 0.00 |
| 12. | Corporate America Family CU | Secured | 4,356.41 | 4,356.41 |
| 13. | Ocwen Loan Servicing LLC | Secured | 15,269.23 | 15,269.23 |
| 14. | ECast Settlement Corp | Unsecured | 965.27 | 965.27 |
| 15. | World Financial Network Nat'l | Unsecured | 512.34 | 512.34 |
| 16. | RMI/MCSI | Unsecured | 278.70 | 278.70 |
| 17. | ER Solutions | Unsecured | 711.70 | 711.70 |
| 18. | Peoples Energy Corp | Unsecured | 2,532.70 | 0.00 |
| 19. | GE Money Bank | Unsecured | 591.44 | 0.00 |
| 20. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
| 21. | UCC Total Home | Unsecured |  | No Claim Filed |
|  |  |  | $ 27,541.79 | $ 24,417.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cade, Kimberly C

Printed: 10/22/08

Case Number: 06 B 04225
Judge: Hollis, Pamela S
Filed: 4/17/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 14.55 |
| 5% | 260.34 |
| 4.8% | 351.24 |
| 5.4% | 475.98 |
| 6.5% | 272.31 |
|  | $ 1,374.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

